# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Steven Foss, | ) |
|       Plaintiff, | ) **ORDER FOR STATUS CONFERENCE** |
| vs. | ) |
| Bakken Oil Express, LLC, | ) |
|       Defendant. | ) Case No. 1:18-cv-166 |

The court shall hold a status conference with the parties at 9:00 a.m. on October 30, 2019, to discuss their progress regarding discovery. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT SO ORDERED.**

Dated this 25th day of September, 2019.

                                                    */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court