# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Steven Foss, | ) | |
|---|---|---|
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bakken Oil Express, LLC, | ) | |
| | ) | Case No. 1:18-cv-166 |
| Defendant. | ) | |

The court shall hold a status conference with the parties at 11:00 a.m. on December 4, 2019, by telephone to discuss their progress regarding discovery. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Additionally, based on its discussion with the parties during the status conference held on November 4, 2019, the deadline to amend pleadings to add a claim for punitive damages shall be extended until December 15, 2019.

**IT SO ORDERED.**

Dated this 4th day of November , 2019.

>  */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court