## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| Steven Foss, | ) | |
| --- | --- | --- |
| | ) | **ORDER FOR STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bakken Oil Express, LLC, | ) | |
| | ) | Case No. 1:18-cv-166 |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on December 4, 2019. Pursuant to its discussion with the parties, the court shall extend the deadline to amend pleadings to add a claim for punitive damages until January 8, 2020.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court